### (April 27, 1945.)

PROVISIONAL GOVERNMENT OF THE FRENCH REPUBLIC, Respondent, v. JOHN B. CABOT et al., Individually and as Trustees of CABOT INVESTMENT CO., et al., Appellants, et al., Defendants.— Order so far as appealed from unanimously

affirmed, with $20 costs and disbursements, with leave to the defendants-appellants to answer the amended complaint within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ. [See *post*, p. 773.]